JAMES N. TRACY III, ESQ. (JT 3875)
TANSEY TRACY LLC
1725 Richmond Road
Staten Island, New York 10306
(718) 233-3785
Attorneys for Defendant, Transervice Logistics, Inc., in its capacity as Plan Administrator for the Transervice Logistics, Inc. Employee Benefits Plan

| | |
|---|---|
| DAVID ROBERTS,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>TRANSERVICE LOGISTICS, INC.,<br><br>　　　　　　　Defendant. | UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK<br><br>CASE NO: 2:20-cv-05627 RRM-ST<br><br>**STIPULATION OF SETTLEMENT AND DISMISSAL** |

The matter in difference in the above-entitled action having been settled as between plaintiff, David Roberts, and defendant, Transervice Logistics, Inc., it is hereby stipulated and agreed that the same be, and is, hereby dismissed with Prejudice and without costs against either party.

Dated:

TANSEY TRACY LLC
Attorneys for Defendant,
Transervice Logistics, Inc.
1725 Richmond Road
Staten Island, New York 10306

By: _____
　　James N. Tracy, Esq.

PRIDGEN BASSETT LAW, LLC
Attorneys for Plaintiff, David Roberts
138 Bulloch Avenue
Roswell, GA 30075

By: _____
　　Nancy Pridgen, Esq.

SO ORDERED
Dated: 6/16/2021
Brooklyn, NY

*S/Roslynn R. Mauskopf*
_____
Roslynn R. Mauskopf, USDJ